UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANDAN AO,<br><br>              Petitioner,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et. al.*,<br><br>              Respondents. | NO. C22-00043-RSL<br><br>STIPULATION FOR ORDER OF DISMISSAL |

The parties hereby stipulate and agree as follows:

    This matter is now moot. The matter may be dismissed without prejudice and without costs or fees to any party.

STIPULATION FOR ORDER OF DISMISSAL
No. C22-00043-RSL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Respectfully submitted and presented this 9th day of February, 2022.

| | |
|---|---|
| */s/ Ralph Hua* <br> Ralph Hua, WSBA # 42189 <br> Fisher Phillips LLP <br> 1201 3rd Avenue, Suite 2750 <br> Seattle, WA  98101 <br> Phone: 206-247-7014 <br> E-mail: rhua@fisherphillips.com <br><br> *Attorney for Petitioner* | NICHOLAS W. BROWN <br> United States Attorney <br><br> */s/ Patricia D. Gugin* <br> PATRICIA D. GUGIN, WSBA #43458 <br> Assistant United States Attorney <br> United States Attorney's Office <br> 1201 Pacific Avenue, Suite 700 <br> Tacoma, Washington 98402 <br> Phone:  253-428-3832 <br> Fax:      253-428-3826 <br> E-mail: pat.gugin@usdoj.gov <br><br> *Attorneys for Respondents* |

STIPULATION FOR ORDER OF DISMISSAL
No. C22-00043-RSL - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

# **ORDER**

**IT IS SO ORDERED**.

Dated this 10th day of February, 2022.

*[signature: Robert S. Lasnik]*

ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ Ralph Hua*
Ralph Hua, WSBA # 42189
Fisher Phillips LLP
1201 3rd Avenue, Suite 2750
Seattle, WA 98101
Phone: 206-247-7014
E-mail: rhua@fisherphillips.com

*Attorney for Petitioners*

NICHOLAS W. BROWN
United States Attorney

*/s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3832
Fax:   253-428-3836
E-mail: pat.gugin@usdoj.gov

*Attorneys for Respondents*

STIPULATION FOR ORDER OF DISMISSAL
No. C22-00043-RSL - 3

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800